**DIGITAL ALLY, INC., a Nevada corporation, Plaintiff–Appellant**

v.

**UTILITY ASSOCIATES, INC., a Delaware corporation, Defendant–Appellee.**

No. 2014–1420.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2015.

Adam Prescott Seitz, Erise IP, P.A., Overland Park, KS, argued for plaintiff-appellant.

David S. Moreland, Meunier Carlin & Curfman LLC, Atlanta, GA, argued for defendant-appellee. Also represented by Nathan Sloan, Stephen M. Schaetzel.

REYNA, MAYER, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**